IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC.,

    Plaintiff,

No. C 05-03044 JSW

v.

SMITHFIELD FOODS, INC.,

**ORDER OF RECUSAL**

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conference and trial are hereby vacated and are to be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 3, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE