1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  jggilliland@townsend.com
   MEHRNAZ BOROUMAND (State Bar No. 197271)
3  mboroumand@townsend.com
   LEONARD J. AUGUSTINE, JR. (State Bar No. 198661)
4  ljaugustine@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, California 94111
   Telephone: (415) 576-0200
6  Facsimile: (415) 576-0300

7  DORIAN DALEY (State Bar No. 129049)
   Dorian.Daley@oracle.com
8  JOHN V. WADSWORTH (State Bar No. 166838)
   John.Wadsworth@oracle.com
9  ORACLE USA, INC.
   500 Oracle Parkway, MS 5OP7
10 Redwood City, California 94065
   Telephone: (650) 506-5200
11 Facsimile: (650) 506-7114

12 Attorneys for Plaintiff
   ORACLE USA, INC.
13
   HOGAN & HARTSON LLP
14 Gary L. Urwin (State Bar No. 106436)
    GLUrwin@hhlaw.com
15 Lee S. Goldberg (State Bar No. 219789)
    LSGoldberg@hhlaw.com
16 1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
17 Telephone: (310) 789-4600
   Facsimile: (310) 789-4601
18
   Attorneys for Defendant
19 SMITHFIELD FOODS, INC.

20
                     UNITED STATES DISTRICT COURT
21
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
22
                         SAN FRANCISCO DIVISION

23 ORACLE USA, INC., a corporation,           Case No. C 05-03044 EMC

24                  Plaintiff,                **E-FILING**

25        v.

26 SMITHFIELD FOODS, INC. and DOES 1          **STIPULATION AND [PROPOSED] ORDER
   through 10, inclusive,                     FOR DISMISSAL WITH PREJUDICE**
27
28                  Defendants.

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE, Case No. C 05-03044 EMC

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Oracle USA, Inc. and
2  Defendant Smithfield Foods, Inc., having fully compromised and settled the above-entitled
3  action, hereby stipulate and agree, through their respective counsel, that this litigation shall
4  be dismissed with prejudice, with each side bearing its own costs and attorneys' fees.

DATED: March 7, 2006

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: *James G. Gilliland, Jr./mb*
JAMES G. GILLILAND, JR.
Attorneys for Plaintiff
ORACLE USA, INC.

DATED: March 7, 2006

Respectfully submitted,

HOGAN & HARTSON LLP

By: _____
GARY L. URWIN
Attorneys for Defendant
SMITHFIELD FOODS, INC.

IT IS SO ORDERED.

Dated: March 10, 2006

IT IS SO ORDERED
Judge Edward M. Chen

The Honorable _____
United States District Court Magistrate Judge